UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CREEL PRINTING & PUBLISHING CO., INC., a Nevada corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY FIBERS, INC., etc.,<br><br>       Defendant, | 2:09-cv-663-GMN-RJJ<br><br><br>O R D E R |

This matter is before the Court on a Letter from Plaintiff's counsel requesting a continuance of the settlement conference scheduled for September 27, 2010, based on his client's medical condition and related tests.

The Court having considered the request and good cause appearing therefore,

IT IS HEREBY ORDERED that the settlement conference scheduled for September 27, 2010 is VACATED.

IT IS FURTHER ORDERED that said settlement conference is rescheduled to October 7, 2010, at 8:30 AM.

IT IS FURTHER ORDERED that all other requirements for the settlement conference remain unchanged.

DATED this  24th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge