UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CREEL PRINTING & PUBLISHING CO., INC., etc., <br><br> Plaintiff, <br><br> vs. <br><br> CITY FIBERS, INC., etc., <br><br> Defendant, | 2:09-cv-0663-GMN-RJJ <br><br><br><br> <u>RECUSAL ORDER</u> |

The Court having reviewed the docket in this case and good cause appearing therefore,

In order to avoid the appearance of impropriety, the undersigned Magistrate Judge hereby recuses himself from the above entitled matter because of substantial knowledge of this case acquired during two settlement conferences conducted with the parties.

Based on the foregoing, and the Code of Judicial Conduct, Canon 3(C)(1)(b) (1984) and Title 28, United States Code, Section 455(b)(3), this matter is referred to the Clerk of the Court for reassignment.

DATED this __15th__ day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge