# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CREEL PRINTING & PUBLISHING CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY FIBERS, INC., *et al.,* ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:09-cv-00663-GMN-PAL <br><br> **<u>ORDER</u>** |

This matter is before the court on the parties' failure to file a Joint Pretrial Order as required by LR 26-1(e)(5). The Stipulated Order to Continue the Pre-Trial Order, and Extension of Discovery (Dkt. #48) filed October 15, 2010, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than November 5, 2010. There are no dispositive motions pending. However, on October 20, 2010 Judge Johnston conducted a settlement conference and entered a Minute Order (Dkt # 50) indicating a settlement was reached. He gave the parties until November 5, 2010 to file the appropriate settlement/dismissal documents. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that settlement/dismissal documentsno later than **4:00 p.m., November 24, 2010.**

Dated this 15th day of November, 2010.

_____
Peggy A. Leen
United States Magistrate Judge