Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Ste. 1400
Las Vegas, Nevada 89169
(702) 257-1483
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CREEL PRINTING & PUBLISHING CO., INC., a Nevada Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY FIBERS, INC., a California Corporation,<br><br>       Defendant. | CASE NO.: 2:09-cv-00663<br><br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CITY FIBERS, INC., a California Corporation,<br><br>       Counterclaimant,<br><br>vs.<br><br>CREEL PRINTING & PUBLISHING CO., INC., a Nevada Corporation,<br><br>       Counterdefendant. | |

/ / /

/ / /

/ / /

#1582712

Case 2:09-cv-00663-GMN-PAL   Document 54   Filed 11/17/10   Page 2 of 2

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The undersigned parties, representing all of the parties to the above litigation, by and through their respective counsel, do hereby stipulate and dismiss this action with prejudice, including all claims, counterclaims, cross-claims and potential claims that may exist herein or that may be related hereto. Each party shall bear its own costs and legal fees.

DATED this 4th day of November, 2010.        DATED this 4th day of November, 2010.

Howard & Howard Attorneys PLLC              Murtaugh Meyer Nelson & Treglia LLP


/s/ Thomas W. Davis, II                     /s/ Robert Lemen
THOMAS W. DAVIS, II                         Robert Lemen, Esq.
Nevada Bar No. 002531                       2603 Main Street, 9th Floor
3800 Howard Hughes Pkwy, Ste. 1400          Irvine, CA 92614-6232
Las Vegas, Nevada 89169                     Attorney for the Defendant
Attorney for Plaintiff

## ORDER

Based upon the foregoing Stipulation of the parties, the instant matter is hereby dismissed with prejudice as to all claims, counterclaims, cross-claims and other claims set forth herein or related thereto. Each party shall bear its own fees and costs in the matter.

DATED this 17th day of November, 2010.

_____
Gloria M. Navarro
United States District Judge

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1400
Las Vegas, NV 89169
(702) 257-1483

#1582712

Page 2 of 2